## Garver *v.* Clouser, Appellant.

*Will—Devise—Rule in Shelley's case.*

Testatrix devised as follows: "I bequeath to S. all my estate, real, personal or mixed, which I may possess at the time of my death to hold the same during his natural life, and after that to his legal heirs to do with it as they see proper." *Held,* that S. took an estate in fee under the rule in Shelley's case.

Submitted May 27, 1907. Appeal, No. 170, Jan. T., 1907, by defendant, from judgment of C. P. Juniata Co., Feb. T., 1907, No. 16, for plaintiff on case stated in suit of Solomon Garver v. Watson D. Clouser. Before MITCHELL, C. J., BROWN, POTTER, ELKIN and STEWART, JJ. Affirmed.

Case stated to determine the marketable title to real estate.

Plaintiff claimed title under the second clause of the will of Elizabeth Kauffman, deceased, which was as follows:

" Second I bequeath to Solomon Garver, of Township and County aforesaid, all my estate, real, personal or mixed, which I may possess at the time of my death, to hold the same during his natural life, and after that to his legal heirs to do with it as they see proper. "

The court in an opinion by SHULL, P. J., held that the plaintiff had an estate in fee under the rule in Shelley's case.

*Error assigned* was in entering judgment for plaintiff on the case stated.

*Louis E. Atkinson,* for appellant.

*F. M. M. Pennell,* for appellee.

PER CURIAM, June 3, 1907:

This devise is too clearly within the rule in Shelley's case to require discussion.

Judgment affirmed.